UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PNC BANK, N.A., as successor-in-interest
by merger to RBC Bank (USA), f/k/a
RBC Centura Bank, as successor-in-
interest by merger to Florida Choice
Bank

    Plaintiff,

v.                                                                                          Case No: 5:13-cv-215-Oc-22PRL

F&J DEVELOPERS, LLP, JO BILLY
FRICK and FRANCIS M. FRICK, JR.

    Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion for Order of Relief from the In Person Requirement of Local Rule 3.05(c)(2)(B). (Doc. 16). Counsel represents that although they had intended to conduct an in person case management meeting, they were able to prepare a case management report through correspondence and telephonic discussions. Counsel claims that an in person meeting "appears to be unnecessary" and it "would only serve to afford them an opportunity to meet one another."

While not unsympathetic to counsel's request, case management meetings are an essential part of this Court's approach to the adversary process. Local Rule 3.05 requires an in person meeting, not just to set deadlines, but also for the attorneys to meet each other and to set the groundwork for a working civil and cordial relationship. The case management meetings facilitate the dispute resolution process by providing the parties with an opportunity to specify their disagreements and stipulate to undisputed issues of fact and law.

- 2 -

Accordingly, the parties' joint motion (Doc. 16) is **DENIED** and the parties' Case Management Report (Doc. 17) is **STRICKEN**.

**DONE** and **ORDERED** in Ocala, Florida on July 16, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties