**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**PNC BANK, N.A., as successor-in-interest by merger to RBC Bank (USA), f/k/a RBC Centura Bank, as successor-in-interest by merger to Florida Choice Bank**

    Plaintiff,

v.                                                           Case No: 5:13-cv-215-Oc-22PRL

**F&J DEVELOPERS, LLP, JO BILLY FRICK and FRANCIS M. FRICK, JR.**

    Defendants.

## ORDER

PNC Bank, N.A. ("PNC") asks the Court to enter an Order compelling the judgment debtors, F&J Developers, LLP, a Florida limited liability partnership, Jo Billy Frick, and Francis M. Frick, Jr. to complete the Florida Rule of Civil Procedure Form 1.977 Fact Information Sheets in aid of execution. (Doc. 41). Although Plaintiff represents in its motion that the judgment debtors oppose this motion, they have not filed a response in opposition and their time for doing so has passed. Accordingly, I am treating this motion as unopposed.

Pursuant to Federal Rule of Civil Procedure 69(a)(2), a judgment creditor may follow Florida law in aid of execution on a judgment. Florida Rule of Civil Procedure 1.560(c), in turn, provides that, if a prevailing party so requests, the Court can order a judgment debtor to complete the Florida Rules of Civil Procedure Form 1.977 Fact Information Sheet within 45 days. On October 16, 2014, the Court entered the parties Stipulated and Agreed Final Judgment Upon Default on Compromise which directed the judgment debtors "to complete, execute before a

notary, and transmit to the Bank, within forty-five (45) days from the date of entry hereof, a "Fact Information Sheet" that is complete, accurate, and truthful, in a manner consistent with Florida Rule of Civil Procedure 1.977." (Doc. 39). To date, the judgment debtors have not completed the Fact Information Sheets. Copies of the applicable Fact Information Sheets are attached as Exhibit A to PNC's motion.

Upon due consideration, PNC's motion (Doc. 41) is **GRANTED**. The Judgment Debtors are directed to complete Florida Rule of Civil Procedure Form 1.977 Fact Information Sheets, including all required attachments, within **fifteen (15) days** of this Order. Failure to comply with this Order will be deemed contempt of court.

**DONE** and **ORDERED** in Ocala, Florida on February 6, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties